ACCEPTED
03-14-00584-CR
3610098
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 8:53:22 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00584-CR

| | | |
|---|---|---|
| STEWART LINDSAY SHERROD | § | IN THE THIRD |
| VS. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 8:53:22 AM
JEFFREY D. KYLE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUDGES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 33 days to file Appellee's brief, and for good cause would show the following:

I.

Appellant was indicted for four counts of Forgery and one count of Engaging in Organized Criminal Activity. Appellant pled guilty to two counts of Forgery and was convicted of a third, as well as Count V, Engaging in Organized Criminal Activity. Appellant was acquitted of the Forgery alleged in Count II. Appellant filed his brief with the Court on November 3, 2014. The State's brief is currently due on January 5, 2015.

II.

Since filing the prior motion for a 33-day extension, I have had to work on additional petitions for expunction and write proposed findings of fact and conclusions of law related to writ number WR-81,973-01. I filed an answer

1

asserting laches in response to a lengthy writ related to trial court cause number CR2004-283. I filed a notice of appeal and related documents regarding a misuse of identity expunction out of Travis County in appellate cause number 03-14-00777-CV; I am also preparing a motion for new trial in that case under 306a and 329b(e) of the Texas Rules of Civil Procedure. I have also conducted research related to various other issues which have arisen in our office and on appeal. *See, e.g.*, State's Response to Appellant's Motion to Unseal Record in appellate cause number 03-14-00329-CR. On December 26th I was informed that I would be sitting with another attorney for oral argument before the Corpus Christi Court of Appeals – in Austin – on January 6, 2015 related to appellate cause number 13-13-00416-CR, and I have begun to prepare for that hearing. I must also review the trial court reporter's record for a habeas corpus hearing on January 15, 2015 related to writ number WR-78,418-02. While I have reviewed Appellant's brief and have begun reviewing the reporter's record in the instant case, I have not yet been able to perform a substantial amount of work on the State's brief, and respectfully request a 21-day extension to file said brief with the Court. I have conferred with opposing counsel; Mr. Finley does not oppose this extension. This is the second extension sought by the Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 21 days, until January 26, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**, SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, assistant district attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Second Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant STEWART LINDSAY SHERROD's attorney of record in this matter:

Paul A. Finley
Attorney for Appellant on Appeal
pfinley@reaganburrus.com
Reagan Burrus, PLLC
401 Main Plaza, Suite 200
New Braunfels, TX 78130

By electronically sending it through ProDoc e-filing this 30th day of December, 2014.

/s/ Joshua D. Presley
**Joshua D. Presley**